IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leon Mikinka,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Ivan Bartos; Attorney General of the State of Arizona,<br><br>　　　　Respondents. | No. CV 06-2570-PHX-EHC (DKD)<br><br>**ORDER** |

On October 27, 2006, Petitioner filed a Petition for Writ of Habeas Corpus challenging his guilty plea convictions for forgery, taking the identity of another and credit card theft in the Superior Court of Maricopa County, State of Arizona (Dkt. 1). Petitioner was sentenced to concurrent terms totaling four and one-half years of imprisonment. The matter was referred to Magistrate Judge David K. Duncan who issued a Report and Recommendation dated May 9, 2007 recommending that the Petition be denied and dismissed with prejudice (Dkt. 15). Petitioner has not filed an Objection or otherwise responded to the Report and Recommendation. On May 11, 2007, Respondents filed a timely Objection to the Report and Recommendation (Dkt. 16).

//

//

Standard of Review

The district court reviews de novo the portions of the Magistrate Judge's Report and Recommendation to which there is a filed objection. 28 U.S.C. § 636(b)(1)(C)("a judge of the court shall make a de novo determination of those portions of the report, ..., to which objection is made."); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). The district court is not required to review any issue that is not the subject of an objection. Schmidt v. Johnstone, 263 F. Supp. 2d 1219 (D. Ariz. 2003), citing Thomas v. Arn, 474 U.S. 140, 149 (1985).

Discussion

Petitioner raised four grounds for relief: (1) that counsel was ineffective during the change of plea proceedings; (2) that Petitioner was coerced by counsel and the trial court to accept the plea; (3) that counsel was ineffective during sentencing; and (4) that Petitioner's sentence was improperly enhanced with a prior felony conviction. Respondents argued in their Answer that Petitioner had procedurally defaulted all four grounds (Dkt. 12). In their Objection (Dkt. 16), Respondents contend that the Magistrate Judge's Report and Recommendation is in error in rejecting their argument that Petitioner failed to properly exhaust grounds one, two and three and in denying the habeas petition on the merits. Respondents agree with the ultimate disposition but cite as error any recommended finding that Petitioner properly exhausted his claims in state court. The Court has considered Respondents' Objection upon its de novo review. Respondents' Objection will be overruled. The Court adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that Respondents' Objection (Dkt. 16) is overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 15) is adopted in full.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Dkt. 1) is denied and dismissed with prejudice.

DATED this 11th day of April, 2008.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge